

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00069-CV

---

KODIAK GYPSUM MOUNTAIN STATES LLC D/B/A AO DOOR, Appellant

V.

UNITY COMMERCIAL SOLUTIONS, LLC AND INSURORS
INDEMNITY COMPANY, Appellees

---

On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2017-881-CCL2

---

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Appellant Kodiak Gypsum Mountain States LLC d/b/a AO Door has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:      October 2, 2018
Date Decided:        October 3, 2018